UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARREN PINCHUCK, individually, and on behalf of all others similarly situated,<br>　　　Plaintiff,<br><br>-against-<br><br>HENRI A. TERMEER, MICHAEL S. WYZGA, ROBERT J. CARPENTER, CHARLES L. COONEY, DOUGLAS A. BERTHIAUME, GAIL K. BOUDREAUX, ROBERT J. BERTOLINI, VICTOR J. DZAU, CONNIE MACK III, RICHARD F. SYRON, RALPH V. WHITWORTH, STEVEN BURAKOFF, ERIC ENDE, DENNIS J. FENTON, and GENZYME CORPORATION,<br>　　　Defendants. | CIVIL ACTION NO.<br>1:10-cv-11776-JLT |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(a) of the Federal Rules of Civil Procedure, Plaintiff hereby provides notice of dismissal of this action, without prejudice, with each party to be responsible for its own attorneys' fees and costs. Defendants have not served an answer or motion for summary judgment to Plaintiff's complaint.

　　　　　　　　　　　　　　　　WARREN PINCHUCK

　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　*/s/ Peter R. Pendergast*
　　　　　　　　　　　　　　　　Walter B. Prince (BBO# 406640)
　　　　　　　　　　　　　　　　wprince@princelobel.com
　　　　　　　　　　　　　　　　Peter R. Pendergast (BBO# 393800)
　　　　　　　　　　　　　　　　ppendergast@princelobel.com
　　　　　　　　　　　　　　　　Prince, Lobel, Glovsky & Tye LLP
　　　　　　　　　　　　　　　　100 Cambridge Street, Suite 2200
　　　　　　　　　　　　　　　　Boston, MA 02114
Dated: December 6, 2010　　　　(617) 456-8000

1246807.1

## CERTIFICATE OF SERVICE

    I, Peter R. Pendergast, attorney for plaintiff Warren Pinchuck, hereby certify under the penalties of perjury that on this 6th day of December 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which constitutes service by electronic means under D. Mass. Local Rule 5.4(c) upon defendant's counsel, John D. Donovan, Jr., Esq., Ropes & Gray, Prudential Tower, 800 Boylston Street, Boston, MA 02199-3600.

                                                */s/ Peter R. Pendergast*
                                                Peter R. Pendergast